UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-25213-CIV-WILLIAMS

RAIDEL GOMEZ,

   Plaintiff,

vs.

INTEGRATED TECH GROUP, LLC

   Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court *sua sponte*. As the Court recounted in the order dated March 20, 2017, the Parties had submitted a corrected joint stipulation of dismissal (the "Stipulation") in an effort to end this case, despite a previous Court order which required them to file a joint motion of dismissal to allow the Court to conduct the required Fair Labor Standards Act ("FLSA") reasonableness review. (DE 42). In the same March 20, 2017 order, the Court struck the Stipulation and required that by March 27, 2017, the Parties file a "joint motion of dismissal, which shall include the Parties' settlement agreement and a request for approval of that agreement." (DE 42). The Parties then filed a joint motion for relief from the Court's March 20, 2017 order requesting that they be allowed to file their settlement agreement under seal (DE 43), which the Court granted in part while reserving the right to unseal any terms of the settlement agreement relevant to its required FLSA reasonableness review (DE 44).

On March 27, 2017, the deadline to file a joint motion of dismissal, the Parties filed no motion but instead submitted their settlement agreement under seal. (DE 45). To approve the settlement agreement, the Court must determine that the compromise is

a fair and reasonable resolution of a bona fide FLSA dispute. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). Furthermore, where a plaintiff is represented by counsel, review of the reasonableness of attorneys' fees serves to "assure both that counsel is compensated adequately and that no conflict of interest taints the amount the wronged employee recovers under a settlement agreement." *Silva v. Miller*, 307 Fed. App'x 349, 351 (11th Cir. 2009).

The Court has reviewed the terms of the settlement agreement and finds that the Parties have for the second time failed to provide any explanation of the reasonableness of the settlement or any basis on which to conclude that the amount of fees and costs requested is reasonable. Accordingly, it is hereby **ORDERED AND ADJUDGED** that by **April 14, 2017** Plaintiff's counsel shall file all timesheets demonstrating the time spent and the activities undertaken in furtherance of Plaintiff's cause; and a statement of costs for any costs incurred. The timesheets may be redacted or filed under seal to protect privileged information.

**DONE AND ORDERED** in chambers in Miami, Florida, this 11 day of April, 2017.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE