**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**RAIDEL GOMEZ,**

    **Plaintiff,**

v.                                        Case No.: 1:16-cv-25213-KMW

**INTEGRATED TECH GROUP, LLC**

    **Defendant.**

_____/

**AMENDED JOINT MOTION TO APPROVE FLSA
SETTLEMENT AND TO DISMISS WITH PREJUDICE**

Plaintiff, RAIDEL GOMEZ ("Plaintiff"), and Defendant, INTEGRATED TECH GROUP, LLC, ("Defendant"), hereby notify the Court in response to the Court's order of April 12, 2017, Dkt. 46 that the Parties resolved Plaintiff's Fair Labor Standards Act ("FLSA") claim separate and apart from the claim for attorney's fees and costs and without regard to the amount to be paid to Plaintiff.

**MEMORANDUM OF LAW**

The parties respectfully submit that the settlement reached among the parties should be approved by this Court as fair and reasonable. *See* 29 U.S.C. §216(c); *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). As noted, attorney's fees and costs were negotiated separately and without regard to the amount to be paid to Plaintiff with respect to his FLSA claim. *See Bonetti v. Embarq Mgmt. Co.*, 715 F. Supp. 2d 1222, 1228 (M.D. Fla. 2009) (stating, "if the parties submit a proposed FLSA settlement that …. represents that the plaintiff's attorneys' fee was agreed upon separately and without regard to the amount paid to

the plaintiff, then, unless the settlement does not appear reasonable on its face or there is reason to believe that the plaintiff's recovery was adversely affected by the amount of fees paid to her attorney, the Court will approve the settlement without separately considering the reasonableness of the fee to be paid to plaintiff's counsel."). Accordingly, the Court should approve the settlement and dismiss this lawsuit with prejudice.[1]

Dated this 14th day of April 2017.

| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
|---|---|
| By: */s/Luis A. Cabassa* <br> Luis A. Cabassa, Esquire <br> Florida Bar No.: 53643 <br> WENZEL FENTON CABASSA, P.A. <br> lcabassa@wfclaw.com <br> 1110 N. Florida Ave., Suite 300 <br> Tampa, FL 33602 <br> T: 813-224-0431 | By:*/s/Laura E. Prather* <br> Laura E. Prather, Esquire <br> Florida Bar No.: 870854 <br> Jackson Lewis P.C. <br> laura.prather@jacksonlewis.com <br> 100 South Ashley Drive, Suite 2200 <br> Tampa, FL 33602 <br> T: (813) 512-3225 |

and

By: */s/Cynthia Gonzalez*
Cynthia Gonzalez, Esquire
Florida Bar No.: 53052
cynthia@wagesdue.com
CYNTIA GONZALEZ, P.A.
4023 North Armenia Ave., Suite 240
Tampa, FL 33607
T:813-333-1322

---

[1] Pursuant to Court's Order of April 12, 2017 Plaintiff's Counsel is filing their timesheets under seal separate from this motion.